

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00561-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, L.L.C.** d/b/a Casa Rio
Healthcare and Rehabilitation,
Appellant

v.

Helen Arlene **OWEN**, Individually and on Behalf of All Wrongful Death Beneficiaries of Lily
Mines, Deceased; Helen Bomar, as Wrongful Death Beneficiary and on Behalf of the Estate of
Frank Bomar, Deceased; Trinidad Virginia Luna Rangel and Ted Richard Luna,,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13633
Honorable David A. Canales, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellees' brief is currently due November 16, 2015.
On October 30, 2015, appellees filed an unopposed motion for extension of time, asking this
court to extend the due date for appellees' brief to January 5, 2016. In support of their request,
appellees assert that the parties are scheduled for mediation on December 15, 2015. The parties
hope to settle the underlying dispute through the mediation process. After reviewing appellees'
motion, we GRANT appellees' motion for an extension of time and ORDER appellee's to file
their brief on or before January 5, 2016. If the parties are able to settle the underlying dispute at
mediation, we ORDER appellant and appellees to notify this court in writing of the settlement as
soon as possible.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.



Keith E. Hottle
Clerk of Court